IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANA DEMETRIUS BAIRFIELD,** | CASE NO. CIV S-05-0390 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS,** | |
| Respondent. | |

**ORDER OF COURT [PROPOSED]**

**FOR GOOD CAUSE SHOWN**, respondent is hereby GRANTED a 45-day extension of time, up to and including July 11, 2005, to file a response in this matter.

DATED: 5/31/05

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

bair390.eot05

[Proposed] Order

1