IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA DEMETRIUS BAIRFIELD,

       Petitioner,                  No. 2:05-cv-0390 MCE JFM P

    v.

C.D.C.,[1]

       Respondent.                ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 4, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] The California Department of Corrections and Rehabilitation is identified in the petition by its former appellation, the California Department of Corrections.

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.  The findings and recommendations filed April 4, 2007, are adopted in full; and

3      2.  This action is summarily dismissed.  <u>See</u> Rule 4, 28 U.S.C. foll. § 2254.

4  Dated:  May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE